UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

COURT FILE NO.: 01-507 JMR/FLN

---

Lisa Domzalski,

Plaintiff,

vs.

**STIPULATION FOR DISMISSAL WITH PEJUDICE**

Midland Credit Management, Inc.

Defendant.

---

THE UNDERSIGNED ATTORNEYS hereby advise the Court that all claims in the above-entitled cause of action have been fully compromised and settled. Therefore,

IT IS HEREBY STIPULATED by and between all parties hereto, through their respective undersigned attorneys, that the above lawsuit may be and hereby is dismissed on its merits and with prejudice.

IT IS FURTHER STIPULATED that without further notice, a judgment of dismissal with prejudice and upon the merits of all claims, without costs or disbursements to any of the parties, may be entered herein.

**CONSUMER JUSTICE CENTER, P.A.**

Dated: 12/6/01

SHARON ANN McMAHON
NOTARY PUBLIC MINNESOTA
MY COMMISSION

By ______________________________
Thomas J. Lyons, Jr., Esq. (#249646)
Attorney for Plaintiff
342 East County Road D
Little Canada, MN 55117
(651) 770-9707

**ERSTAD & RIEMER, P.A.**

Dated: December 5, 2001

By________________________________

Patrick D. Reilly (#90451)
Thomas H. Schaefer (#231587)
Attorneys for Defendant
8009 - 34th Avenue South
200 Riverview Office Tower
Minneapolis, MN 55425
952-896-3700

**ORDER**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED that the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 17th day of December, 2001.

BY THE COURT:

JUDGE OF DISTRICT COURT